**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IN RE SUBPOENA TO META PLATFORMS, INC. IN CONNECTION WITH: EVERETT BLOOM, et al., <br><br>Plaintiffs, <br>v. <br>ZUFFA, LLC, et al., <br><br>Defendants | Case No. 2:25-cv-00065-APG-EJY <br><br>**Order Transferring Case** |

Under Local Rule 42-1(a), the assigned judges have determined that this action should be reassigned to United States District Judge Richard F. Boulware because it is related to *Bloom, et al. v. Zuffa, LLC, et al.*, 2:22-cv-00412-RFB-BNW.

IT IS THEREFORE ORDERED that *In re Subpoena to Meta Platforms, Inc.*, 2:25-cv-00065-APG-EJY is reassigned to Judge Boulware for all further proceedings.

DATED this 21st day of January, 2025.

_____  _____
RICHARD F. BOULWARE, II                                 ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE              CHIEF UNITED STATES DISTRICT JUDGE